**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Cruser | Social Security number or ITIN  xxx–xx–7825 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Tammie Cruser | Social Security number or ITIN  xxx–xx–5776 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–34529–CMG | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Cruser                                              Tammie Cruser

4/23/20                                                    **By the court:** <u>Christine M. Gravelle</u>
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 14-34529-CMG
Robert Cruser                                                            Chapter 13
Tammie Cruser
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2         Date Rcvd: Apr 23, 2020
                              Form ID: 3180W              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db/jdb         +Robert Cruser,   Tammie Cruser,   16 Woodrow Rd,   Kendall Park, NJ 08824-1313
aty            +Gregory Gogo,   1542 Kuser Road,   Suite B-4,   Trenton, NJ 08619-3829
cr            ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court: Snap-On Credit,   950 Technology Way Ste 301,
                Libertybille, IL  60048)
cr             +Specialized Loan Servicing LLC,   9441 LBJ Freeway,   Dallas, TX 75243-4545
515535690       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
515210638       FIA Card Services,   c/o Northstar Location Services,   4285 Genesee St,
                Cheektowaga, NY 14225-1943
515427439      +George Nedwed,   40 Whitehorse Ave., Apt. #1,   Hamilton Twp., NJ 08610-2622
515518351      +George Nedwed,   c/o Gregory Gogo, Esq.,   1542 Kuser Road, Suite B-1,
                Hamilton, NJ 08619-3829
518585858      +MEB Loan Trust IV,   Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,
                Salt Lake City, UT 84119-3284
518585859      +MEB Loan Trust IV,   Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,
                Salt Lake City, UT 84115,   MEB Loan Trust IV,   84119-3284
515210635     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,   PO Box 190,   Trenton, NJ 08695)
516614770      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
516614771      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2020 23:37:32     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2020 23:37:30     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515210634       EDI: BANKAMER.COM Apr 24 2020 03:03:00     BANK OF AMERICA,   PO BOX 15222,
                Wilmington DE 19886-5222
515547000      +EDI: BANKAMER.COM Apr 24 2020 03:03:00     Bank of America,   POB 5170,
                Simi Valley, CA 93062-5170
515560029      +EDI: BANKAMER.COM Apr 24 2020 03:03:00     Bank of America, N.A.,   Attn: Bankruptcy Department,
                P.O. Box 5170,   Simi Valley, CA 93062-5170
515210637       EDI: CITICORP.COM Apr 24 2020 03:03:00     Citicards,   Processing Center,
                Des Moines, IA 50363-0005
515210636       EDI: DISCOVER.COM Apr 24 2020 03:03:00     Discover Bank,   PO Box 71084,
                Charlotte, NJC 28272-1084
515334717       EDI: DISCOVER.COM Apr 24 2020 03:03:00     Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
515335038       EDI: IRS.COM Apr 24 2020 03:03:00     Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515284972*      Internal Revenue Service,   PO Box 804527,   Cincinnati, OH 45280-4527
515284973*    ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court: Snap On Credit LLC,   950 Technology Way, Suite 301,
                Libertyville, IL 60048)
515409272*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,   Division Of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08695-0245)
                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: Apr 23, 2020
                               Form ID: 3180W           Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Darren M Baldo    on behalf of Debtor Robert   Cruser darren@dbaldolaw.com
          Darren M Baldo    on behalf of Joint Debtor Tammie   Cruser darren@dbaldolaw.com
          Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Peter P. Bisulca    on behalf of Creditor    BANK OF AMERICA, N.A. ktlbslaw@aol.com
          Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
          Scott E. Kaplan    on behalf of Creditor George   Nedwed scott@sekaplanlaw.com,
           felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
                                                                                              TOTAL: 10
```